Gabriel Del Virginia, Esq. (GDV-4951)　　Presentment Date: July 1, 2013
LAW OFFICES OF GABRIEL DEL VIRGINIA　　Presentment Time: 12:00 noon
*Proposed Attorneys for the Debtor
and Debtor in Possession.*
880 Third Avenue, 13th Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

In re

**Citicare, Inc.,**　　　　　　　　　　　　Chapter 11

　　　　　　　　Debtor.　　　　　　　　Case No. 13-11902-alg
------------------------------X

**NOTICE OF PRESENTMENT OF APPLICATION FOR AN ORDER AUTHORIZING THE
RETENTION OF THE LAW OFFICES OF GABRIEL DEL VIRGINIA, AS ATTORNEYS
FOR THE DEBTOR AND DEBTOR-IN-POSSESSION.**

**PLEASE TAKE NOTICE** that the undersigned will present an application for an order (the "Retention Order") authorizing the retention of the Law Offices of Gabriel Del Virginia by Citicare, Inc., the above-captioned debtor and debtor-in-possession, to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at his Honor's Chambers, United States Bankruptcy Court, Southern District of New York, 1 Bowling Green, New York, NY 10004 , for signature on **July 1, 2013, at 12:00 noon, prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation or the relief requested therein must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Bankruptcy Court for the Southern District of

2

New York (the "Court"), must set forth the name of the objecting party, and the basis for the objection and the specific grounds therefor, and must be filed with the Court electronically, (with a hard copy delivered directly to Bankruptcy Judge Gropper's chambers), and any objection must further be served upon: (i) Law Offices of Gabriel Del Virginia, 880 Third Avenue, 13th Floor, New York, New York 10022, Attention: Gabriel Del Virginia, Esq. and (ii) the United States Trustee's Office for the Southern District of New York 80 Broad Street, 4th Floor, New York, New York 10004, so as to be received no later than **July 1, 2013, at 12:00, at 11:30 a.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE that** if an objection is timely filed, served and received, a hearing will be scheduled.

Dated:    June 18, 2013
          New York, New York

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed Attorneys for the Debtor
and Debtor in Possession*

**By: *Gabriel Del Virginia***
Gabriel Del Virginia (GDV-4951)
880 Third Avenue, 13th Floor
New York, New York 10022
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

3

To:
Brian S. Masumoto, Esq.
UNITED STATES TRUSTEE'S OFFICE
SOUTHERN  DISTRICT OF NEW YORK,
80 Broad Street, 4th Floor
New York, New York 10004