**LAW OFFICES OF GABRIEL DEL VIRGINIA**
**Gabriel Del Virginia (GDV-4951)**
*Attorneys for Debtor*
880 Third Avenue-13th Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-372-0460
***gabriel.delvirginia@verizon.net***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
In re:
                                            Chapter 11
                             :              13-11902 (ALG)
                             :
CITICARE, INC.               :
                             :
       Debtor.               :
-------------------------------X

**Certificate of Service.**

    I, Ian A. Wilkinson, hereby certify that I am not less than 18 years of age and not a party to the instant action. I further certify that on August 19, 2013, I served a copy of the "*Notice of Last Date for Filing a Proof of Claim*", by first class mail to each of the following parties attached as exhibit A.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:   New York, New York
         August 19, 2013

                                 By/s/ *Ian A. Wilkinson*
                                 Ian A. Wilkinson

**Exhibit A**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 13-11902-alg<br>Southern District of New York<br>Manhattan<br>Thu Aug  8 17:04:47 EDT 2013 | Citicare, Inc.<br>154 West 127th Street<br>New York, NY 10027-3739 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | ABLE FIRE PREVENTION CORP.<br>241 WEST 26TH STREET<br>NEW YORK, NY 10001-6946 | AIR DOC'S INC.<br>12 GLEN PLACE<br>NEW ROCHELLE, NY 10801-6704 |
| APPROVED STORAGE AND WASTE<br>110 EDISON AVE<br>MOUNT VERNON, NY 10550-5006 | AXIS POINT ALTERNATIVE SOLUTIO<br>80 RIVER ST.<br>HOBOKEN, NJ 07030-5619 | BELKIN BURDEN WENIG & GOLDMAN<br>270 MADISON AVE<br>NEW YORK, NY 10016-0601 |
| BENDINER & SCHLESINGER<br>140 58TH STREET<br>SUITE 8D<br>BROOKLYN, NY 11220-2560 | CINTAS CORP<br>P.O. BOX 630803<br>CINCINNATI, OH 45263-0803 | CITICARE PROPERTIES LLC<br>C/O TWC URBAN REALTY, LLC<br>7 HUDSON TERRACE<br>ENGLEWOOD CLIFFS, NJ 07632-2407 |
| CON EDISON<br>4 IRVING PLACE<br>NEW YORK, NY 10003-3598 | Consolidated Edison Company of New York, Inc<br>4 Irving Place, Room 1875-S<br>New York, New York 10003-3502<br>Attn: Bankruptcy Group | ECLINICALWORKS, LLC<br>140 BROADWAY<br>50TH FLOOR<br>NEW YORK, NY 10005-1032 |
| ELSA NEILAN | ELTECH INDUSTRIES<br>14 VAN CORTLANDT EAST<br>BRONX, NY 10468-1102 | EMDEON BUSINESS SERVICES<br>P.O. BOX 572490<br>SALT LAKE CITY, UT 84157-2490 |
| ERIC T. SCHNEIDERMAN<br>ATTORNEY GENERAL OF THE NYS<br>ATTORNEY FOR THE NYS DEPT OF HEALTH<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK, NY 10271-0002 | ERIC T. SCHNEIDERMAN<br>ATTORNEY GENREAL OF THE NYS<br>DEPARTMENT OF TAXATION & FINANCE<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK, NY 10271-0002 | Enid Nagler Stuart, Ass't Attorney Gene<br>Attorney for NYS Dep't of Taxation<br>120 Broadway-24th Floor<br>New York, NY 10271-0002 |
| Enid Nagler Stuart, Assistant Attn'y Ge<br>Attn'y for NYS Department of Health<br>120 Broadway - 24th floor<br>New York, NY 10271-0002 | FREIFELD ASSOCIATES<br>1890 PALMER AVENUE<br>LARCHMONT, NY 10538-3059 | Gustav P. Rech, Esq.<br>Soffer Rech & Borg, LLP<br>48 Wall Street, 26th Floor<br>New York, NY 10005-2900 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>C/O US ATTORNEYS OFFICE-SDNY<br>86 CHAMBERS STREET<br>NEW YORK, NY 10007-1825 | IRS/CENTRALIZED INSOLVENCY OP.<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| NEW YORK CITY WATER BOARD<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>ANDREW RETTIG, ASSISTANT COUNCIL<br>59-17 JUNCTION BLVD., 13TH FLOOR<br>FLUSHING, N.Y. 11373-5108 | NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BUILDING 8, ROOM 455 W.A. HARR<br>ALBANY, NY 12227-0001 |

| | | |
|---|---|---|
| SAMAD NAMIN<br>C/O ROGERS WUGHGHALTER, ESQS<br>800 GRAND CONCOURSE<br>BRONX, NY 10451-3003 | SILVA UMUKORO<br>15 STIRRUP<br>PRINCETON, NJ 08540-8643 | STAPLES<br>PO BOX 9029<br>DES MOINES, IA 50368-9020 |
| TIME WARNER<br>41-81 KISSENA BLVD.<br>FLUSHING, NY 11355-3181 | VERIZON WIRELESS<br>PO BOX 17120<br>TUCSON, AZ 85731-7120 | VICTOR BROWN |
| Elsa Neilan<br>41 Highland Avenue<br>Port Washington, NY 11050-4019 | Gabriel Del Virginia, Esq.<br>Law Offices of Gabriel Del Virginia<br>880 Third Avenue,<br>13th Floor<br>New York, NY 10022-4730 | Harland Kessaris<br>1080 Warburton Avenue<br>Apt 6G<br>Yonkers, NY 10701-1007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
11601 ROOSEVELT BLVD.
P.O. BOX 21126
PHILADELPHIA, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)New York State Department  Taxation and Fi | (u)New York State Department of Health | (u)ABSYLOM MYAMEKYE |
| (u)ANTONIO RICHARDSON | (u)ARNOLD HERNANDEZ | (u)ARTHUR SMITH |
| (u)BORIS CHUSID | (u)CITICARE PROPERTIES LLC | (u)CORY FELDMAN |
| (u)CROKER FIRE DRILL | (u)DEER PARK | (u)ERICA ELEAM |

| | | |
|---|---|---|
| (u)FDNY | (u)HARLAND KESSARIS | (u)JAMES MCKNIGHT |
| (u)JEFFREY GARDERE | (u)KARL CRINCIEONE | (u)MANUEL MARTINEZ |
| (u)MEDSTOCK INC. | (u)NYS CHILD SUPPORT PROCESSING C | (u)NYS DEPT OF HEALTH |
| (u)TYCO INTEGRATED SECURITY LLC | (u)UPPER MANHATTAN EMPOWERMENT | (u)VICTORY MEDICAL CLAIMS SERVICE |
| (u)XCHANGE TELECOM CORP | | |

End of Label Matrix
Mailable recipients    38
Bypassed recipients    25
Total                  63