Gabriel Del Virginia, Esq. (GDV-4951)        Presentment Date: November 22, 2013
LAW OFFICES OF GABRIEL DEL VIRGINIA          Presentment Time: 12:00 noon
*Attorneys for the Debtor*
*and Debtor in Possession.*
880 Third Avenue, 13th Floor,
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
In re

Citicare, Inc.,                              Chapter 11

                    Debtor.                  Case No. 13-11902-alg
-------------------------------X

NOTICE OF PRESENTMENT OF DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 365(A) AND 363(B) OF THE BANKRUPTCY CODE TO REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND TO ENTER INTO A NEW LEASE OF NONRESIDENTIAL REAL PROPERTY AT THE SAME LOCATION.

**PLEASE TAKE NOTICE** that the undersigned on behalf of Citicare, Inc., the debtor and debtor-in-possession (the "Debtor") will present the proposed Order Authorizing the Debtor to reject the lease for the premises located at 154 West 127th Street in the borough of Manhattan, City of New York and to enter into a new lease for a larger space located at the same location to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at his Honor's Chambers, United States Bankruptcy Court, Southern District of New York, 1 Bowling Green, New York, NY 10004, for signature on **November 22, 2013 at 12:00 noon, prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested therein must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Bankruptcy Court for the Southern District of New York (the "Court"), must set forth the name of the objecting party, and the basis for the objection and the specific grounds therefor, and must be filed with the Court electronically, (with a hard copy delivered directly to Bankruptcy Judge Gropper's chambers), and any objection must further be served upon: (i) Law Offices of Gabriel Del Virginia, 880 Third Avenue, 13th Floor, New York, New York 10022, Attention: Gabriel Del Virginia, Esq.; (ii) the United States Trustee's Office for the Southern District of New York U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, New York 10004; and (iii) LEO FOX, ESQ. Attorneys for Lessor, 630 Third Avenue. New York, New York 10017, Attention: Leo Fox.  so as to be received no later than **November 22, 2013  at 11:30 a.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE that** if an objection is timely filed, served and received a hearing will be scheduled.

Dated:    October 29, 2013
         New York, New York

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for the Debtor*
*and Debtor in Possession*

**By:** *Gabriel Del Virginia*
Gabriel Del Virginia (GDV-4951)
880 Third Avenue-13th Floor,
New York, New York 10022
212-371-5478
*gabriel.delvirginia@verizon.net*