IMSpiegel, LLC
1419 E.101st Street
Brooklyn, NY 11236
917-207-3600


February 14, 2019

Status Memo

RE: Citicare Inc.

To: Gabe Del Virginia, Esq. for submitting to Court

       I have been in contact with the attorneys for Urban as regards current year operations and the status of all required payments. Attached is the reply I received.


       Also attached is a payment report


  /s/ Ira Spiegel

Ira Spiegel, Plan Administrator