**CITICARE, INC**       CASE # 13-11902

**SOUTHERN DISTRICT OF NEW YORK**

**PAYMENT RECAP**

| PAYEE | SECURED | FEES | ADMINS | | EXPENSES | TOTAL |
|---|---|---|---|---|---|---|
| Gabe Del Virginia, ESQ | 20,078.00 | | | | 4,523.00 | 24,601.00 |
| EisnerAmper | 22,746.00 | | | | 409.00 | 23,155.00 |
| Plan Admin to EISNERAMPER | 30,000.00 | | | | | 30,000.00 |
| Daniel Mc Murry OMB | 17,747.00 | | | | 18,013.00 | 35,760.00 |
| Neubert Pepe OMB atty | 5,834.00 | | | | 940.00 | 6,774.00 |
| HMM CPAS auditors | 9,130.50 | 20,000.00 | | | | 29,130.50 |
| NYC Water Board | 1,391.00 | 4,732.00 | | | | 6,123.00 |
| US TRUSTEE | 24,506.81 | 9,750.00 | 1,300.00 | 3,275.00 | | 38,831.81 |
| NYC Dept labor ADMIN | 5,046.00 | | | | | 5,046.00 |
| NYS Dept Tax | 15,608.00 | 10,392.00 | | | | 26,000.00 |
| NYS Dept Tax ADMIN | 12,614.00 | | | | | 12,614.00 |
| DEPT Treasury | 95,092.00 | 175,000.00 | | | | 270,092.00 |
| DEPT Treasury ADMIN | 11,302.00 | | | | | 11,302.00 |
| Pinnacle Health | 4,591.25 | | | | | 4,591.25 |
| Micheal Lee | 26,928.00 | | | | | 26,928.00 |
| big apple mini storage | 2,420.00 | | | | | 2,420.00 |
| BUSINESS RESOURCE | 23,492.00 | | | | | 23,492.00 |
| Ira Spiegel as Plan Administrator | 0.00 | | | | | 0.00 |
| | | | SUBTOTAL | | | 576,860.56 |
| 127TH STREET PROPERTIES | | | | | | 669,115.00 |
| | | | TOTAL PAYS | | | 1,245,975.56 |
| | | | CASH IN BANK | | | 90,458.51 |