**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
CITICARE, INC.,                                  :    Case No.: 13-11902-MEW.
                                                 :
                        Debtor.                  :
------------------------------------------------------------x

**AGREED ORDER REGARDING**
**PAYMENT OF ESCROWED FUNDS BY PLAN ADMINISTRATOR.**

Upon the Court's direction at the status conference in the instant case held on February 19, 2019, the undersigned parties having conferred regarding the distribution by Ira Spiegel, Esq., Plan Administrator, and due consideration having been given thereto; and sufficient cause having been shown therefor, it is hereby;

AGREED BY THE UNDERSIGNED, that Plan Administrator shall distribute funds now held to the extent set forth in the attached Schedule; and it is further

AGREED BY THE UNDERSIGNED, that the distributions agreed and allowed hereto shall not be utilized or cited as a precedent or prototype for future distributions and that all parties retain as to future distributions any and all objections that, absent this Agreed Order, they may have made to the distributions proposed in the attached Schedule, including without limitation the objection or objections that might have been made to the proposed distribution to Michael Lee. and it is further

AGREED that no further distributions shall be made except pursuant to a court order expressly authorizing such distribution or distributions.

/s/ *Ira M. Spiegel*, CPA
IMSpiegel, LLC
1419 E. 101st Street,
Brooklyn, New York 11236
Tel.: 917-207-3600
*Plan administrator*

/s/ *Enid Nagler Stuart, Esq.*
New York State
Office of the Attorney General
Special Bankruptcy Counsel
Litigation Bureau
28 Liberty Street
New York, NY 10005
Tel.:212-416-8666

/s/ *Gabriel Del Virginia, Esq*
Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
30 Wall Street, 12th Floor
New York, New York 10005
Tel.: 212-371-5478
*Counsel for Reorganized Debtor*

/s/*Raymond J. Aab, Esq.*
61 Broadway, Suite 2500
New York, N.Y. 10006
Tel.: 917-551-1300
*email:* rja120@msn.co
*Attorney for Michael Lee*

/s/ *Mark I. Fishman, Esq*
NEUBERT, PEPE & MONTEITH, P.C
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel.: 203.821.2000
*Counsel to Patient Care Ombudsman*

Dated:       March , 2019
             New York, New York

**THE FOREGOING IS SO ORDERED,**

**s/Michael E. Wiles**    3/13/2019
Hon. Michael E. Wiles,
UNITED STATES BANKRUPTCY JUDGE.

# SCHEDULE OF PROPOSED DISTRIBUTION

| CITICARE, INC. | CASE # 13-11902 | SDNY |
|---|---|---|

**PROPOSED PAYMENT OF CLAIMS BASED ON BALANCE OF EFFECTIVE DATE OWED**

PREPARED FEBRUARY 25, 2019

| | ALLOWED CLAIM AMOUNT | PROJECTED TO PAY EFFECTIVE | PAID AGAINST EFFECTIVE | EFFECTIVE DATE BALANCE | PAYING NOW AS 23.7% OF BALANCE |
|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | |
| INTERNAL REVENUE SERV. | 1,100,000 | 275,000 | 175,000 | 100,000 | **23,665** |
| NYS DEPT OF TAX & FIN. | 78,039 | 26,000 | 26,000 | 0 | |
| BUSINESS RESOURCE | 93,969 | 23,492 | 23,492 | 0 | |
| NYC WATER BOARD | 6,123 | 6,123 | 6,123 | 0 | |
| **TOTAL SECURED CREDITORS** | 1,278,131 | 330,615 | 230,615 | 100,000 | **23,665** |
| | | | | | |
| **ADMINISTRATIVE CREDITORS** | | | | | |
| NYS DEPT LABOR CLAIM | 44,527 | 14,842 | 5,046 | 9,796 | **2,318** |
| NYS DEPT OF TAX & FIN. | 111,304 | 37,101 | 12,614 | 24,487 | **5,795** |
| INTERNAL REVENUE SERV. | 385,000 | 128,333 | 106,394 | 21,939 | **5,192** |
| MEDICAL OMBUSMAN FEE | 156,592 | 52,197 | 17,747 | 34,450 | **8,153** |
| MEDICAL OMBUSMAN EXP | 18,013 | 18,013 | 18,013 | 0 | **0** |
| MED. OMB. ATTORNEY FEE | 51,476 | 17,159 | 5,834 | 11,325 | **2,680** |
| MED. OMB. ATTORNEY EXP | 940 | 940 | 940 | 0 | **0** |
| EISNERAMPER LLP FEE | 200,701 | 66,900 | 22,746 | 44,154 | **10,449** |
| EISNERAMPER LLP EXP | 409 | 409 | 409 | 0 | **0** |
| GABE DEL VIRGINIA FEE | 177,167 | 59,056 | 20,079 | 38,977 | **9,224** |
| GABE DEL VIRGINIA EXP | 4,523 | 4,523 | 4,523 | 0 | **0** |
| 127th ST. PROPERTIES LLC | 669,115 | 669,115 | 669,115 | 0 | **0** |
| MICHAEL LEE | 240,000 | 79,200 | 26,928 | 52,272 | **12,370** |
| **TOTAL ADMIN CREDITORS** | 2,059,767 | 1,147,789 | 910,388 | 237,401 | **56,181** |
| | | | | | |
| **TOTAL ALL** | 3,337,898 | 1,478,404 | 1,141,003 | 337,401 | **79,846** |

| | |
|---|---|
| | UNITED STATES TRUSTEE — 650 |
| EXPENSES $31; FEES 6639.50 = 6670.50 REDUCED | IMSPIEGEL, LLC as PLAN ADMIN — 5,429 |
| | HMM CPAS as AUDITORS — 3,000 |
| | 9,079 |
| | |
| | TOTAL PAYS — 88,925 |
| | |
| | (A) HOLDING IN ACCOUNT — 1,533 |
| | |
| | ACCOUNT BALANCE BEFORE PAYMENTS — 90,458 |

(A) Based on the above pays 1st quarter 2019 UST fee is $975; 2nd quarter will be $325 = $1300